No. 71–1273. FRIED v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1274. WAINWRIGHT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–1275. COBB v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1277. GRIMES ET AL. v. UNITED STATES; and
No. 71–1296. GUINN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 454 F. 2d 29.

No. 71–1292. ALEXANDER v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 10th Cir. Certiorari denied.

No. 71–1308. PRITCHARD, AKA O'ROARKE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–1335. ANSELMO ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 71–1348. SOBEL, DBA SCRIPT SHOP EAST v. CITY OF LACY-LAKEVIEW, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–1350. CHAMBERS ET AL. v. NATIONWIDE MUTUAL INSURANCE CO. Sup. Ct. Va. Certiorari denied.

No. 71–1354. WESTINGHOUSE ELECTRIC CORP. v. TITANIUM METALS CORPORATION OF AMERICA. C. A. 9th Cir. Certiorari denied.

No. 71–1395. CAROLLO v. S. S. KRESGE CO., DBA K-MART. C. A. 4th Cir. Certiorari denied.